STATE OF NEW JERSEY v. HARRY SAXON, JR.

May 3, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. PAUL F. MITCHELL.

May 3, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE WHITE.

May 3, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. REGINALD MCARTHUR JONES.

May 3, 1982.

Petition for certification denied.